UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>VP WILLIAM TRANS, LLC,<br><br>　　　　　　Debtor. | Chapter 11<br><br>Case No. 20-10521 (MEW) |

## VERIFIED STATEMENT OF SUBCHAPTER V TRUSTEE

In connection with the United States Trustee's Notice of Appointment of me as Subchapter V trustee in this proceeding, I hereby verify that I am a "disinterested person" as defined by 11 U.S.C. §101(14) in that I:

(a) am not a creditor, equity security holder or insider of the debtor;

(b) am not, and was not, within two years before the date of filing of the petition, a director, officer, or employee of the debtor; and

(c) do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason.

My current hourly rate is $750 per hour, which is my rate on all my cases and for all clients, and is subject to yearly adjustment. I will endeavor to arrive at an agreement with the debtor early in this case which takes into consideration the debtor's financial condition and which may result in a lower hourly realization rate at the conclusion of this case. Any such alternative agreement will be disclosed contemporaneously to the Office of the United States Trustee, and will be fully detailed in my fee application.

I will be compensated subject to court approval pursuant to 11 U.S.C. § 330. In addition, I will also be seeking reimbursement for any actual and necessary expenses I incur.

| | |
|---|---|
| Dated: New York, New York<br>February 20, 2020 | REITLER KAILAS & ROSENBLATT LLC<br>*Attorneys for Yann Geron, Chapter 11*<br>*SubchapterV Trustee*<br><br>By: */s/ Yann Geron*<br>Yann Geron<br>Nicole N. Santucci (Of Counsel)<br>885 Third Avenue, 20th Floor<br>New York, New York 10022<br>(212) 209-3050 |