**HERRICK, FEINSTEIN LLP**
Two Park Avenue
New York, New York 10016
Stephen B. Selbst
Sean E. O'Donnell
Christopher W. Carty
(212) 592-1400
(212) 592-1500 Facsimile
sselbst@herrick.com
sodonnell@herrick.com
mcalb@herrick.com

*Attorneys for DePalma Acquisition I, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x
                                               :

In re:                                                      :     Chapter 11
                                               :

**VP WILLIAMS TRANS, LLC**,                 :     Case No. 20-10521 (MEW)
                                               :
                Debtor.                               :
                                               :
------------------------------------- x

## ELECTION PURSUANT TO 11 U.S.C. § 1111(b)

The undersigned, being the sole holder of the claim in Class 2 of *Debtor's Plan of Reorganization for Small Business Under Chapter 11*, dated May 19, 2020 [Docket No. 17], elects application of 11 U.S.C. § 1111(b) to the claim in that class.

HF 13457176v.3

Dated: New York, New York
September 4, 2020

HERRICK, FEINSTEIN LLP

By:  */s/ Stephen B. Selbst*
   Stephen B. Selbst
   Sean E. O'Donnell
   Michael J. Calb
Two Park Avenue
New York, New York 10016
(212) 592-1400
(212) 592-1500 (Fax)
sselbst@herrick.com
sodonnell@herrick.com
mcalb@herrick.com

*Attorneys for DePalma Acquisition I, LLC*

HF 13457176v.3

**CERTIFICATE OF SERVICE**

  Stephen B. Selbst, an attorney, certifies that on September 4, 2020, he caused the foregoing to be served upon the following via United States mail, postage prepaid.

Charles A. Higgs, Esq.
Law Offices of Charles A. Higgs
*Attorneys for Debtor*
75 S. Broadway, Suite 429
White Plains, NY 10601
T: (914) 673-3768
Charles@FrestStartEsq.com

                 */s/ Stephen B. Selbst*
                 Stephen B. Selbst